# Court of Appeals
# of the State of Georgia

ATLANTA,  November 09, 2021

*The Court of Appeals hereby passes the following order:*

**A21A1579.  MICHAL MROCZKO v. ELIZA MROCZKO.**

Upon consideration of the above-styled case, the appeal is thereby DISMISSED as improvidently granted.



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,  11/09/2021*
    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*